IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------- X
ERIN WEINBERG, E.V., JAIME MAGNETICO-WALSH, ERIN VEDRODE, SARAH URBANSKI, ALLISON URBANSKI, RYAN McELROY, and CHARITY BILLINGS, individually and on behalf of all others similarly situated,

          Plaintiffs,

vs.

COOPERGENOMICS, INC., COOPERSURGICAL, INC., and THE COOPER COMPANIES, INC.,

          Defendants.

---------------------------------------------------------- X

4:24-cv-09505-MEF-LDW

**STIPULATION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective Parties that the time for the Defendants to respond to the Complaint is extended through and including June 6, 2025. This is Defendants' second request for an extension of time to respond to the Complaint and their first request for an extension of time following the Court's recent order on Defendants' motion to dismiss (ECF 58, 5/9/25).

Dated:  May 15, 2025

| | |
|---|---|
| **PILLSBURY WINTHROP SHAW PITTMAN LLP**<br><br>By: */s/ Matthew D. Stockwell*<br>    Matthew D. Stockwell (NJ Bar No. 03292-2005)<br>    31 W. 52nd St.<br>    New York, NY 10019<br>    (212) 858-1000<br>    matthew.stockwell@pillsburylaw.com | **JUSTICE LAW COLLABORATIVE**<br><br>By: */s/ Paula S. Bliss*<br>    Paula S. Bliss (pro hac vice forthcoming)<br>    210 Washington St.<br>    No. Easton, MA 02356<br>    (508) 230-2700<br>    paula@justicelc.com<br><br>**BERGER MONTAGUE PC** |

4938-0063-0595.v2

Dianne L. Sweeney (admitted pro hac vice)
2550 Hanover Street
Palo Alto, CA 94304-1115
(650) 233-4500
dianne@pillsburylaw.com

Lee Brand (admitted pro hac vice)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
(415) 983-1000
lee.brand@pillsburylaw.com

Shani Rivaux (admitted pro hac vice)
600 Brickell Avenue, Suite 3100
Miami, FL 33131
(786) 913-4900
shani.rivaux@pillsburylaw.com

*Counsel for Defendants*

Russell D. Paul (NJ Bar. No. 037411989)
Shanon J. Carson (pro hac vice forthcoming)
Dena Young (NJ Bar No. 033022010)
Abigail J. Gertner (NJ Bar. No. 019632003)
Zoe Seaman-Grant (pro hac vice forthcoming)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
rpaul@bm.net
scarson@bm.net
dyoung@bm.net
agertner@bm.net
zseamangrant@bm.net

**CONSTABLE LAW, P.A.**
Allison S. Freeman (pro hac vice forthcoming)
139 6th Avenue S
Safety Harbor, Florida 34695
(727) 797-0100
allison@constable-law.com

*Counsel for Plaintiffs*

_____
Leda D. Wettre, U.S.M.J.

Dated: May 16, 2025

2