**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY (NEWARK)**

| | |
|---|---|
| ERIN WEINBERG, *et al., individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>COOPERGENOMICS, INC., *et al.*,<br><br>Defendants. | Civil Action No.<br>24-9505 (MEF) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of an August 27, 2026 telephone conference before the undersigned, emailed discovery disputes emailed directly to chambers and dated August 24, 2026 and August 26, 2026 as well as the parties' jointly proposed scheduling order filed on August 28, 2026; and for good cause shown,

**IT IS, on this 31st day of August 2026, ORDERED** that the Pretrial Scheduling Order entered July 30, 2025 (ECF 67), and amended on March 18, 2026 (ECF 82) and July 8, 2026 (ECF 90), is hereby further amended as follows:

1. Parties to substantially complete written fact discovery (document production and written supplemental responses) in response to requests served before July 15, 2026 on or before **September 30, 2026**.

**2.** Plaintiffs shall file their motion for class certification and supporting expert reports related to class certification on or before **January 19, 2027**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

**3.** Defendants shall file any opposition to plaintiffs' motion for class certification and any supporting expert report in opposition to class certification on or before **March 22, 2027**. Any such report shall comport with the form and content requirements referenced above.

**4.** Plaintiffs shall file any reply in further support of their motion for class certification including any rebuttal reports on or before **April 21, 2027**. Any such report shall comport with the form and content requirements referenced above.

**5.** Fact discovery is extended through **May 21, 2027**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

Given the Court's granting the parties' lengthy extension requests, no further extensions will be granted absent a showing of manifest injustice.



Hon. Leda Dunn Wettre
United States Magistrate Judge